B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **James A. Hulin,**
     **Michelle M. Hulin**

                             Debtors

Case No. _____**09-23231**_____

Chapter _____**7**_____

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 713,145.00 | | |
| B - Personal Property | Yes | 4 | 39,350.46 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 638,214.99 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 6,477.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 395,048.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,975.37 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 752,495.46 | | |
| Total Liabilities | | | | 1,039,740.11 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **James A. Hulin,**
     **Michelle M. Hulin**

Case No.    **09-23231**

                 Debtors

Chapter          **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 6,477.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 44,134.74 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 50,611.74 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 0.00 |
| Average Expenses (from Schedule J, Line 18) | 5,975.37 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,353.88 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 169,720.38 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 5,800.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 677.00 |
| 4. Total from Schedule F | | 395,048.12 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 565,445.50 |

B6B (Official Form 6B) (12/07)

.

| In re | James A. Hulin, | Case No. | 09-23231 |
|---|---|---|---|
| | Michelle M. Hulin, | | |

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | J | 18.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Clark County Credit Union - Regular Share Account No. 00**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | W | 50.22 |
| | | | **Clark County Credit Union - Money Market Account No. 30**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | W | 0.17 |
| | | | **US Bank Acct. No. 2198**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | H | 508.54 |
| | | | **Clark County Credit Union - Share Draft Account No. 75**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | W | 361.00 |
| | | | **ING Direct Money Market Acct. No.:**<br>**xxxx-xxxxxx7789-xx** | W | 1.83 |
| | | | **TD Ameritrade Money Market Acct. Parrothead07**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | J | 1.49 |
| | | | **US Bank Health Savings Account #0397** | W | 183.23 |
| | | | **US Bank Five Star Silver Checking Acct 8771**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | W | 18.51 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

| | Sub-Total > | 1,142.99 |
|---|---|---|
| | (Total of this page) | |

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re      **James A. Hulin,**                                                          Case No.    **09-23231**
           **Michelle M. Hulin,**
_____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 Sofas; 1 Loveseat; 4 Chairs; 1 Ottoman; 1 Dining set; 1 Secretary; 5 Bookcases; 3 Chests; 1 Trunk; 6 Lamps; 3 Beds; 2 Nightstands; 1 Breakfast Table Set; 2 Coat Racks; 1 Home Office Desk; 1 Bar Set; 1 Blackjack Table Set; 4 TV's; 1 Stereo; 1 CD Player; 2 i-pods;  1 Outdoor Furniture Set; 10 Pieces of Luggage<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | J | 3,250.00 |
| | | Misc Hand Tools; 5 Rolling Dollies; 1 Handtruck<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | J | 250.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 18 Wall Hangings; Misc Christmas Decor; Misc Halloween Decor; Misc Outdoor Yard Figurines/Jugs/Decor; Pottery Jugs/Bowls; Photo Books/Novels/Geology Books; Hard Rock Cafe Pin Collection; CD's & DVD's; Record Albums; Knife Collection; Comic Collection<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | J | 3,200.00 |
| 6. Wearing apparel. | | 25 Dress Shirts; 20 Dress Pants; 55 T-Shirts; 20 Sweatshirts; 10 Hats; 5 Coats/Jackets; 20 Pairs of Shoes; 15 Long Sleeve Knit Shirts<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | J | 510.00 |
| 7. Furs and jewelry. | | 1 Oakley Watch; 1 Wedding Ring<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | H | 300.00 |
| | | 1 Wedding Ring Set<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | W | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1 Tent; 1 Bike & Helmet; 1 Weight Set; 1 Backpack<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | J | 345.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Sub-Total >         **8,855.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **James A. Hulin,**                                                   Case No.    **09-23231**
       **Michelle M. Hulin**

                                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Clark County Credit Union Roth IRA Acct. No. 21** | **H** | **2,300.26** |
| | | **Clark County Credit Union IRA Investmetn Acct. No. 81** | **W** | **2,249.23** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **TD Ameritrade Stock Account Parrothead07**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | **J** | **177.55** |
| | | **ING Direct Stock & ETF Acct. No. xxxx-xxxxxx7789-xx**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | **W** | **490.43** |
| 14. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 16. Accounts receivable. | **X** | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | **X** | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | **X** | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | **X** | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | **X** | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | **X** | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Copyrighted Logo "Pinwizards"** | **W** | **Unknown** |
| | | | Sub-Total ><br>(Total of this page) | **5,217.47** |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **James A. Hulin,**                                                    Case No.    **09-23231**
         **Michelle M. Hulin**
                                                                    ,
                                    Debtors
## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Nissan Xterra**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | J | 14,475.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1 Canon 1DS Camera Outfit; Mole Richardson 750wt Spot Lights; Mole Richardson 250wt Spot Lights; Mole Richardson 1000wt Flood Lights; 1 Rolling Location Cart; 1 Ladder; 12 Light Stands; 2 Boom Stands; Paul Buff Strobe Setup; 2 Mac Computers; 1 Fax/Copy Machine; 1 Printer**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | J | 9,660.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **3 Cats; 5 Koi fish**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 24,135.00 |
| (Total of this page) | |
| Total > | 39,350.46 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re  **James A. Hulin,**                                                   Case No. _____**09-23231**_____
       **Michelle M. Hulin,**
_____,
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Real property** | **Nev. Rev. Stat. § 21.090(1)(m)** | **2,201.06** | **300,145.00** |
| **Location: 7561 Cougar Creek Circle, Las Vegas NV** | | | |
| **Cash on Hand** | | | |
| **Cash on Hand** | **Nev. Rev. Stat. § 21.090(1)(z)** | **18.00** | **18.00** |
| **Location: 7561 Cougar Creek Circle, Las Vegas NV** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Clark County Credit Union - Regular Share Account No. 00** | **Nev. Rev. Stat. § 21.090(1)(z)** | **50.22** | **50.22** |
| **Location: 7561 Cougar Creek Circle, Las Vegas NV** | | | |
| **Clark County Credit Union - Money Market Account No. 30** | **Nev. Rev. Stat. § 21.090(1)(z)** | **0.17** | **0.17** |
| **Location: 7561 Cougar Creek Circle, Las Vegas NV** | | | |
| **US Bank Acct. No. 2198** | **Nev. Rev. Stat. § 21.090(1)(z)** | **508.54** | **508.54** |
| **Location: 7561 Cougar Creek Circle, Las Vegas NV** | | | |
| **Clark County Credit Union - Share Draft Account No. 75** | **Nev. Rev. Stat. § 21.090(1)(z)** | **361.00** | **361.00** |
| **Location: 7561 Cougar Creek Circle, Las Vegas NV** | | | |
| **ING Direct Money Market Acct. No.: xxxx-xxxxxx7789-xx** | **Nev. Rev. Stat. § 21.090(1)(z)** | **1.83** | **1.83** |
| **TD Ameritrade Money Market Acct. Parrothead07** | **Nev. Rev. Stat. § 21.090(1)(z)** | **1.49** | **1.49** |
| **Location: 7561 Cougar Creek Circle, Las Vegas NV** | | | |
| **US Bank Health Savings Account #0397** | **Nev. Rev. Stat. § 21.090(1)(z)** | **183.23** | **183.23** |
| **US Bank Five Star Silver Checking Acct 8771** | **Nev. Rev. Stat. § 21.090(1)(z)** | **18.51** | **18.51** |
| **Location: 7561 Cougar Creek Circle, Las Vegas NV** | | | |

__2__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **James A. Hulin,**                              Case No.     **09-23231**
          **Michelle M. Hulin**

,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| 2 Sofas; 1 Loveseat; 4 Chairs; 1 Ottoman; 1 Dining set; 1 Secretary; 5 Bookcases; 3 Chests; 1 Trunk; 6 Lamps; 3 Beds; 2 Nightstands; 1 Breakfast Table Set; 2 Coat Racks; 1 Home Office Desk; 1 Bar Set; 1 Blackjack Table Set; 4 TV's; 1 Stereo; 2 i-pods;  1 Outdoor Furniture Set; 10 Pieces of Luggage<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | Nev. Rev. Stat. § 21.090(1)(b) | 3,250.00 | 3,250.00 |
| Misc Hand Tools; 5 Rolling Dollies; 1 Handtruck<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | Nev. Rev. Stat. § 21.090(1)(b) | 250.00 | 250.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 18 Wall Hangings; Misc Christmas Decor; Misc Halloween Decor; Misc Outdoor Yard Figurines/Jugs/Decor; Pottery Jugs/Bowls; Photo Books/Novels/Geology Books; Hard Rock Cafe Pin Collection; CD's & DVD's; Record Albums; Knife Collection; Comic Collection<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | Nev. Rev. Stat. § 21.090(1)(a) | 3,200.00 | 3,200.00 |
| **Wearing Apparel** | | | |
| 25 Dress Shirts; 20 Dress Pants; 55 T-Shirts; 20 Sweatshirts; 10 Hats; 5 Coats/Jackets; 20 Pairs of Shoes; 15 Long Sleeve Knit Shirts<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | Nev. Rev. Stat. § 21.090(1)(b) | 510.00 | 510.00 |
| **Furs and Jewelry** | | | |
| 1 Oakley Watch; 1 Wedding Ring<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | Nev. Rev. Stat. § 21.090(1)(a) | 300.00 | 300.00 |
| 1 Wedding Ring Set<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | Nev. Rev. Stat. § 21.090(1)(a) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 1 Tent; 1 Bike & Helmet; 1 Weight Set; 1 Backpack<br>Location: 7561 Cougar Creek Circle, Las Vegas NV | Nev. Rev. Stat. § 21.090(1)(b) | 345.00 | 345.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Clark County Credit Union Roth IRA Acct. No. 21 | Nev. Rev. Stat. § 21.090(1)(r) | 2,300.26 | 2,300.26 |
| Clark County Credit Union IRA Investmetn Acct. No. 81 | Nev. Rev. Stat. § 21.090(1)(r) | 2,249.23 | 2,249.23 |

Sheet    **1**    of    **2**    continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re   **James A. Hulin,**                                                         Case No.   **09-23231**
      **Michelle M. Hulin**

                                             Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| **TD Ameritrade Stock Account Parrothead07**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | **Nev. Rev. Stat. § 21.090(1)(r)** | **177.55** | **177.55** |
| **ING Direct Stock & ETF Acct. No. xxxx-xxxxxx7789-xx**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | **Nev. Rev. Stat. § 21.090(1)(r)** | **490.43** | **490.43** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Nissan Xterra**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | **Nev. Rev. Stat. § 21.090(1)(f)** | **14,475.00** | **14,475.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **1 Canon 1DS Camera Outfit; Mole Richardson 750wt Spot Lights; Mole Richardson 250wt Spot Lights; Mole Richardson 1000wt Flood Lights; 1 Rolling Location Cart; 1 Ladder; 12 Light Stands; 2 Boom Stands; Paul Buff Strobe Setup; 2 Mac Computers; 1 Fax/Copy Machine; 1 Printer**<br>**Location: 7561 Cougar Creek Circle, Las Vegas NV** | **Nev. Rev. Stat. § 21.090(1)(d)** | **9,660.00** | **9,660.00** |
| | Total: | **41,551.52** | **339,495.46** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re      **James A. Hulin,**
      **Michelle M. Hulin**

Case No. _____**09-23231**_____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx2250** <br><br> **America's Servicing Company** <br> P. O. Box 60768 <br> Los Angeles, CA 90060-0768 | | H | 2008 <br><br> First Mortgage <br><br> Real property <br> Location: 7561 Cougar Creek Circle, Las Vegas NV | | | | | |
| | | | Value $       **300,145.00** | | | | 354,298.94 | 54,153.94 |
| Account No. **NC HELOC xxxx-xxxx-xx6699** <br><br> **Bank of America** <br> P.O. Box 30610 <br> Los Angeles, CA 90030-0610 | | J | 2008 <br><br> Second mortgage <br><br> Real Property located at 5519 Westerborne Drive, Greensboro, North Carolina 27407 | | | | | |
| | | | Value $       **170,500.00** | | | | 35,925.75 | 0.00 |
| Account No. **NV HELOC xxxx-xxxx-xx19999** <br><br> **Bank of America** <br> P.O. Box 30610 <br> Los Angeles, CA 90030-0610 | | J | 2008 <br><br> Second Mortgage <br><br> Real property <br> Location: 7561 Cougar Creek Circle, Las Vegas NV | | | | | |
| | | | Value $       **300,145.00** | | | | 117,767.50 | 115,566.44 |
| Account No. **xxx2374** <br><br> **Wells Fargo Home Mortgage** <br> P.O. Box 6417 <br> Carol Stream, IL 60197 | | J | 12/2001 <br><br> First Mortgage <br><br> Real Property located at 5519 Westerborne Drive, Greensboro, North Carolina 27407 | | | | | |
| | | | Value $       **170,500.00** | | | | 130,222.80 | 0.00 |

  **0**     continuation sheets attached

| | Subtotal (Total of this page) | 638,214.99 | 169,720.38 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 638,214.99 | 169,720.38 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re **James A. Hulin,**
    **Michelle M. Hulin,**

Case No.   **09-23231**

                          Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **Unknown** <br><br> **Al Schwerin** <br> **9647 Lark Circle** <br> **Fountain Valley, CA 92708** | | | J | | **Unknown** <br> **Landlord/Former Partner** | | | | **Unknown** |
| Account No. **Unknown** <br><br> **Alpha Electrical Signs, Inc.** <br> **dba Olympic Neon** <br> **5225 Wynn Road** <br> **Las Vegas, NV 89118** | | | | C | **Unknown** <br> **Contractor for Windmill Property** | | | | **Unknown** |
| Account No. **xxxx-xxxxx0-51009** <br><br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-8000** | | | H | | **2008** <br> **Credit card purchases - business expense** | | | | **1,394.21** |
| Account No. **xxxx-xxxxx0-81003** <br><br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-8000** | | | H | | **2008** <br> **Credit card purchases** | | | | **Unknown** |

  **15**  continuation sheets attached

Subtotal
(Total of this page)

**1,394.21**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Hulin,**            Case No.    **09-23231**
       **Michelle M. Hulin**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx-xxxxx3-62001** <br><br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-8000** | | W | | **2008** <br> **Credit card purchases** | | | | 2,259.18 |
| Account No. **xxxx-xxxxx9-92005** <br><br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-8000** | | H | | **2008** <br> **Credit Card Purchases** | | | | 27,711.17 |
| Account No. **xxxx-xxxxx5-91009** <br><br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-8000** | | H | | **2008** <br> **Credit Card Purchases - business expense** | | | | 16,976.85 |
| Account No. **xxxx-xxxxx5-91006** <br><br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-8000** | | W | | **2008** <br> **Credit Card Purchases - business expense** | | | | 16,501.37 |
| Account No. **xxxx-xxxxxx-x1283** <br><br> **American Express** <br> **PO Box 297812** <br> **Fort Lauderdale, FL 33329** | | W | | **10/2005** <br> **Credit Card Purchases - Authorized Account** | | | | 2,308.00 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **65,756.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Hulin,**
       **Michelle M. Hulin**

Case No. ____**09-23231**_____

_____,
                  Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x9973**  **American Express** PO Box 297812 Fort Lauderdale, FL 33329 | | H | | 5/1886 Credit Card Purchaes | | | | 25,821.00 |
| Account No. **xxxx-xxxxxx-x2381**  **American Express** PO Box 981537 El Paso, TX 79998 | | W | | 7/2005 Credit Card Purchases | | | | 3,383.00 |
| Account No. **xxxx-xxxxxx-x2001**  **American Express** P.O. Box 0001 Los Angeles, CA 90096-8000 | | W | | Credit Card Purchases | | | | 2,259.18 |
| Account No. **xxxxxxxxxxxx2353**  **American Express** PO Box 297812 Fort Lauderdale, FL 33329 | | W | | 10/2005 Credit Card Purchases | | | | 2,308.00 |
| Account No. **xxxxx4020**  **American Medical Response - Nevada** P.O. Box 3429 Modesto, CA 95353 | | W | | 9/16/2008 Medical Bill | | | | 980.53 |

Sheet no. __**2**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,751.71

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Hulin,**
       **Michelle M. Hulin**

Case No. ____**09-23231**_____

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **835645097** | | | J | Former Cell Phone Carrier | | | | |
| **AT&T** P.O. Box 6463 Carol Stream, IL 60197 | | | | | | | | 237.45 |
| Account No. **xxxx-xxxx-xxxx-6479** | | | J | 6/2005 Credit Card Purchases | | | | |
| **Bank of America** P. O. Box 17309 Baltimore, MD 21297-1309 | | | | | | | | 26,471.81 |
| Account No. **xxxx-xxxx-xxxx-3416** | | | W | 2008 Credit Card Purchases (Late Fees related to a CREDIT to her account!) | | | X | |
| **Bank of America** P. O. Box 15726 Wilmington, DE 19886-5726 | | | | | | | | 75.00 |
| Account No. **xxxx-xxxx-xxxx-0239** | | | W | 06/2005 Credit Card Purchases | | | | |
| **Bank of America** P. O. Box 17309 Baltimore, MD 21297-1309 | | | | | | | | 19,302.47 |
| Account No. **xxxx-xxxx-xxxx-6695** | | | J | 2008 Credit Card Purchases - Businees Expenses | | | | |
| **Bank Of America** PO Box 15184 Wilmington, DE 19850-5184 | | | | | | | | 13,047.65 |

Sheet no. __**3**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,134.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Hulin,**
      **Michelle M. Hulin**                                             Case No.     **09-23231**

                                                              Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2628** <br><br> **Bank Of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | H | | 2008 <br> **Credit Card Purchases** <br> **Business Account linked to Acct 6695** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-2610** <br><br> **Bank Of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | W | | 2008 <br> **Credit Card Purchases. Business Account linked to 6695** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-0754** <br><br> **Bank of America** <br> **P. O. Box 15026** <br> **Wilmington, DE 19850-5026** | | W | | 2008 <br> **Credit Card Purchases  Acct is now 0239** | | | | **Unknown** |
| Account No. **Unknown** <br><br> **Bright Lights** <br> **112 Continental Ave** <br> **Henderson, NV 89015** | | C | | **Unknown** <br> **Contractor for Windmill Property** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9081** <br><br> **CareCredit/GEMB** <br> **P.O. Box 960061** <br> **Orlando, FL 32896** | | J | | 11/2007 <br> **Credit Card Purchases** | | | | **8,405.51** |

Sheet no.  **4**  of  **15**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
                             (Total of this page)        **8,405.51**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Hulin,**
       **Michelle M. Hulin**

Case No. ___**09-23231**_____

_____,
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-7361** | | | | **2/2002** **Credit Card Purchases** | | | | |
| **Chase** **P.O. Box 36520** **Louisville, KY 40233** | | H | | | | | | |
| | | | | | | | | **32,000.00** |
| Account No. **xxxx-xxxx-xxxx-3153** | | | | **12/2006** **Credit Card Purchases** | | | | |
| **Chase** **P.O. Box 36520** **Louisville, KY 40233** | | W | | | | | | |
| | | | | | | | | **12,906.91** |
| Account No. **xxxx-xxxx-xxxx-6843** | | | | **2/2002** **Credit Card Purchases** | | | | |
| **Chase** **P. O. Box 15298** **Wilmington, DE 19850-5298** | | H | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-2137** | | | | **12/2006** **Credit Card Purchases** | | | | |
| **Chase** **P. O. Box 15298** **Wilmington, DE 19850-5298** | | W | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxxxx4181** | | | | **10/2005** **2005 Dodge Ram SLT** | | | | |
| **Chrysler Financial** **P. O. Box 9001921** **Louisville, KY 40290-1921** | | H | | | | | | |
| | | | | | | | | **14,362.53** |

Sheet no. __**5**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**59,269.44**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Hulin,**
      **Michelle M. Hulin**

                                                Debtors

Case No. ___**09-23231**_____

,

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxxxxx-72** | | | | | **2008** **Student Loans** | | | | |
| **Citi** P.O. Box 45129 Jacksonville, FL 32232 | C | | | | | | | | 44,134.74 |
| Account No. **xxx-xxxx-xxxxx1101** | | | | | **Business Telephone** | | | | |
| **Cox Communications** P. O. Box 3901 Las Vegas, NV 89127-3901 | C | | | | | | | | 513.38 |
| Account No. **xxxx-xxxx-xxxx-4631** | | | | | **8/2007** **Credit Card Purchase** | | | | |
| **Discover Card** P. O. Box 30395 Salt Lake City, UT 84130-0395 | | H | | | | | | | 2,117.71 |
| Account No. **xxx8460** | | | | | **2008** **Miscellaneous Purchases** | | | | |
| **e-bay, Inc.** P.O. Box 2179 Carol Stream, IL 60132 | | H | | | | | | | 1,705.69 |
| Account No. **xxxx-x424-0** | | | | | **Business Freight Shipments** | | | | |
| **Federal Express** P.O. Box 7221 Pasadena, CA 91109-7321 | | | W | | | | | | 300.00 |

Sheet no. _**6**___ of _**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,771.52

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Hulin,**　　　　　　　　　　　　　　　Case No. _____**09-23231**_____
　　　　　**Michelle M. Hulin**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-1079** | | H | | **Credit Card Purchases** | | | | |
| **GEMB/Care Credit** P. O. Box 981127 El Paso, TX 79998 | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9073** | | W | | **Credit Card Purchases** | | | | |
| **GEMB/Care Credit** P.O. Box 981127 El Paso, TX 79998 | | | | | | | | **Unknown** |
| Account No. **xxx-xxxx-xxxx-3644** | | J | | 8/2007 **Credit Card Purchases** | | | | |
| **GEMB/Lennox-Service Experts** P.O. Box 981439 El Paso, TX 79998 | | | | | | | | **7,553.83** |
| Account No. **xxxx-xxxx-xxxx-3636** | | W | | 8/2007 **Credit Card Purchaes** | | | | |
| **GEMB/Lennox-Service Experts** P.O. Box 981439 El Paso, TX 79998 | | | | | | | | **7,714.14** |
| Account No. **xxx-xxxx-x5240** | | W | | 4/2007 **Surrendered 2007 GMC Yukon** | | | | |
| **GMAC** P. O. Box 78234 Phoenix, AZ 85062-8234 | | | | | | | | **40,906.00** |

Sheet no. __**7**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　(Total of this page)　　**56,173.97**

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Hulin,**
      **Michelle M. Hulin**
                                                            ,

Case No.    **09-23231**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **Unknown** <br><br> Greg Ballard <br> Ballard Construction Co. <br> 6210 Annie Oakley Drive, Ste. 102 <br> Las Vegas, NV 89120 | C | | | | **Unknown** <br> **Contractor for Windmill Property** | | | | **Unknown** |
| Account No. <br><br> Helm & Associates <br> 2810 W. Charleston Blvd., Ste. G-67 <br> Las Vegas, NV 89102 | C | | | | **Attorney Fees and Costs (Atty for Pacific Design)** | | | X | **1,245.35** |
| Account No. **Unknown** <br><br> High Point Bank & Trust Company <br> 300 N. Main Street <br> High Point, NC 27260 | | H | | | **Unknown** <br> **Guarantor on loan to repair/replace roof of Real Property located at 1251 Surrett Drive, High Point, North Carolina, 27260** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-7923** <br><br> Home Depot Credit Services <br> P.O. Box 6028 <br> The Lakes, NV 88901 | W | | | | **2008** <br> **Credit Card Purchases** | | | | **686.14** |
| Account No. **Unknown** <br><br> Hutchens, Senter & Britton, PA <br> P.O. Box 2505 <br> Minneapolis, MN 55438-0901 | J | | | | **Unknown** <br> **Attorneys Fees & Costs (Greensboro Foreclosure)** | | | | **Unknown** |

Sheet no. __**8**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,931.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Hulin,**                                          Case No. ____**09-23231**_____
       **Michelle M. Hulin**

_____,
                        Debtors
### AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx6469** Innovative Merchant 21215 Burbank Blvd., Ste 100 Woodland Hills, CA 91367 | | H | **PinWizards Merchant Processing** | | | | 47.37 |
| Account No. **Unknown** John Raines P.O. Box 2553 High Point, NC 27261 | | - | Unknown **Business Partner** | | | | Unknown |
| Account No. **Unknown** Jonathan Baktari, MD c/o Omni Group Development 338 Wiseton Avenue Las Vegas, NV 89183 | | J | Unknown **Landlord of Windmill Property** | | | | Unknown |
| Account No. **Unknown** Joseph Perez, OD 3829 Tinsley Drive High Point, NC 27265 | | W | Unknown **Medical Services** | | | | 50.00 |
| Account No. Karen Price Hulin 712 Hillcrest Drive High Point, NC 27262 | | H | **Any General Claims** | | | | Unknown |

Sheet no. __**9**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    97.37

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Hulin,**
    **Michelle M. Hulin**

Case No. ____**09-23231**____

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Unknown**  Liberty Fire Service 1306 W. Craig Road, Ste. E-155 North Las Vegas, NV 89032 | C | | | **Unknown** **Contractor for Windmill Property** | | | | **Unknown** |
| Account No. **xxxxxxxxxxx5466**  Lowe's P.O. Box 530914 Atlanta, GA 30353 | | H | | **8/2002** **Credit Card Purchases** | | | | **13,583.93** |
| Account No. **xx-xxx-xxx-321-0**  Macy's P.O. Box 689194 Des Moines, IA 50368 | | H | | **11/2008** **Credit Card Purchases** | | | | **371.30** |
| Account No. **Unknown**  Massage Envy 711 Marks Street Henderson, NV 89015 | | H | | **Unknown** **Membership (Cancelled)** | | | X | **59.00** |
| Account No. **xxxx xxx5 834**  Mervyns PO Box 981064 El Paso, TX 79998 | | W | | **2008** **Credit Card Purchaes** | | | | **125.25** |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,139.48**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Hulin,**
       **Michelle M. Hulin**
                            Case No.    **09-23231**

                                  Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx1737** <br><br> **NCO Financial** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | C | | Unknown <br> **ADT Alarm System** | | | X | 139.75 |
| Account No. **Unknown** <br><br> **Nevada Construction Services** <br> **2500 North Buffalo, Suite 140** <br> **Las Vegas, NV 89128** | C | | Unknown <br> **Contractor for Windmill Property** | | | | Unknown |
| Account No. **xxxx-x424-0** <br><br> **North Shore Agency** <br> **270 Spagnoli Road** <br> **Melville, NY 11747** | | W | Unknown <br> **Freight Account** | | | | 138.86 |
| Account No. <br><br> **Pacific Design Concepts** <br> **3005 Horizon Ridge Parkway, Ste. 200** <br> **Henderson, NV 89052** | C | | **Business Expense - Contractor** | | | | Unknown |
| Account No. **Unknown** <br><br> **Paul Coscarelli** <br> **736 Piney Ridge Way** <br> **Monument, CO 80132** | C | | Unknown <br> **Landlord of 250 Conestoaga Way/Former Partner** | | | | Unknown |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
                     (Total of this page)    278.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Hulin,**                                             Case No.   **09-23231**
         **Michelle M. Hulin**

_____,
                           Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxx5529**<br><br>**PayPal, Inc.**<br>**11128 John Galt Blvd.**<br>**Omaha, NE 68137** | | H | **Unknown**<br>**Miscellaneous Purchases** | | | | **313.45** |
| Account No. **xxxx0482**<br><br>**Protection One**<br>**P.O. Box 5714**<br>**Carol Stream, IL 60197-5714** | C | | **Unknown**<br>**Security Services - Business** | | | | **3,300.00** |
| Account No. **xxxxxxx1881**<br><br>**Sam's Club Merchant Credit Card Process.**<br>**P.O. Box 6600**<br>**Hagerstown, MD 21741-6600** | | W | **Unknown**<br>**PinWizards Merchang Processing** | | | | **60.00** |
| Account No. **xxxxxxx3886**<br><br>**Sam's Club Merchant Credit Card Process.**<br>**P.O. Box 6600**<br>**Hagerstown, MD 21741-6600** | | W | **Unknown**<br>**Ninth Island Merchant Processing** | | | | **413.88** |
| Account No. **xxxxxxx4884**<br><br>**Sam's Club Merchant Credit Card Process.**<br>**P.O. Box 6600**<br>**Hagerstown, MD 21741-6600** | | W | **Unknown**<br>**Shipping Wizards Merchant Processing** | | | | **30.00** |

Sheet no. **12** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,117.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Hulin,**          Case No.    **09-23231**
         **Michelle M. Hulin**

Debtors

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0166** <br><br> **Sears Gold** <br> **P.O. Box 6275** <br> **Sioux Falls, SD 57117** | | H | **03/1997** <br> **Credit Card Purchases** | | | | **14,147.13** |
| Account No. **Unknown** <br><br> **Sementhia "Cindy" Mackie** <br> **5519 Westerborn Drive** <br> **Greensboro, NC 27407** | | C | **Unknown** <br> **Tenant in Greensboro / Currently owes back rent to Debtors for June and July @ $1,000.00 each month. However, Debtors have $1,000.00 security deposit from her.** | | | | **Unknown** |
| Account No. **Unknown** <br><br> **Service Max** <br> **3291 E Patrick Ln** <br> **Las Vegas, NV 89120** | | C | **Unknown** <br> **Contractor for Windmill Property** | | | | **Unknown** |
| Account No. **VSDxxxxx4639** <br><br> **Shadow Emergency Physicians** <br> **P. O. Box 13917** <br> **Philadelphia, PA 19101** | | W | **9/16/2008** <br> **Medical Bill** | | | | **572.00** |
| Account No. <br><br> **Sign-A-Rama** <br> **3460 E. Sunset Road, Ste. R** <br> **Las Vegas, NV 89120** | | C | **Business Expense - Contractor** | | | | **Unknown** |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of       Subtotal       **14,719.13**
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Hulin,**  
     **Michelle M. Hulin**  
                                       Debtors

Case No. ___**09-23231**_____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx4639**<br><br>**Spring Valley Hospital Medical Center**<br>**8801 W. Sahara Avenue, 1st Floor**<br>**Las Vegas, NV 89117** | | | W | | **9/16/2008**<br>**Medical Bill** | | | | 548.80 |
| Account No. **Unknown**<br><br>**Stout Electric**<br>**6440 Schrills Street**<br>**Las Vegas, NV 89118** | | C | | | **Unknown**<br>**Contractor for Windmill Property** | | | | **Unknown** |
| Account No. **x-xxx-xx1-549**<br><br>**Target**<br>**P.O. Box 573**<br>**Minneapolis, MN 55440** | | | H | | **11/2006**<br>**Credit Card Purchases** | | | | 713.75 |
| Account No. **Unknown**<br><br>**Thompson Drywall**<br>**5670 N. Park Street**<br>**Las Vegas, NV 89149** | | C | | | **Unknown**<br>**Contractor** | | | | **Unknown** |
| Account No. **Unknown**<br><br>**Tia Crouch / Allen Tate Realtors**<br>**717 Green Valley Road**<br>**Greensboro, NC 27408** | | C | | | **Unknown**<br>**Real Estate Agent - Greensboro Property** | | | | **Unknown** |

Sheet no. __**14**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      1,262.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Hulin,**                          Case No.   **09-23231**
         **Michelle M. Hulin**

                                   Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxF5R1**<br><br>**UPS**<br>**P.O. Box 650580**<br>**Dallas, TX 75265-0580** | | C | | Unknown<br>**Freight Account** | | | | **207.72** |
| Account No. **Unknown**<br><br>**Vegas Valley Fire Service**<br>**5740 S. Arville Street, Ste. 203**<br>**Las Vegas, NV 89118** | | C | | Unknown<br>**Contractor for Windmill Property** | | | | **Unknown** |
| Account No. **Unknown**<br><br>**Verry Best Sign Company**<br>**4460 W. Hacienda Ave., Ste. 108**<br>**Las Vegas, NV 89118** | | C | | Unknown<br>**Contractor for Windmill Property** | | | | **Unknown** |
| Account No. **Unknown**<br><br>**Windmill Partners**<br>**4755 Dean Martin Drive**<br>**Las Vegas, NV 89103** | | C | | Unknown<br>**Unpaid Business Rent as of June 2009 /**<br>**Windmill Commercial Lease** | | | | **24,637.13** |
| Account No. | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **24,844.85** |
| Total<br>(Report on Summary of Schedules) | **395,048.12** |

# United States Bankruptcy Court
## District of Nevada

In re    **James A. Hulin**
**Michelle M. Hulin**

Debtor(s)

Case No.    **09-23231**
Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **September  2, 2009**

**/s/ James A. Hulin**
**James A. Hulin**
Signature of Debtor

Date:    **September  2, 2009**

**/s/ Michelle M. Hulin**
**Michelle M. Hulin**
Signature of Debtor

James A. Hulin
Michelle M. Hulin
7561 Cougar Creek Circle
Las Vegas, NV 89123

Delwyn E. Webber, Esq.
Rob Graham & Associates
7375 West Peak Drive, Suite 220
Las Vegas, NV 89128

Academy Collection
Acct No xxxx-xxxx-xxxx-0166
10965 Decatur
Philadelphia, PA 19154-3210

Al Schwerin
Acct No Unknown
9647 Lark Circle
Fountain Valley, CA 92708

Alpha Electrical Signs, Inc.
Acct No Unknown
dba Olympic Neon
5225 Wynn Road
Las Vegas, NV 89118

America Service Company
Acct No xxxxxx2250
PO Box 10388
Des Moines, IA 50306-0388

America's Servicing Company
Acct No xxxxxx2250
P. O. Box 60768
Los Angeles, CA 90060-0768

American Express
Acct No xxxx-xxxxx0-51009
P.O. Box 0001
Los Angeles, CA 90096-8000

American Express
Acct No xxxx-xxxxxx-x1283
PO Box 297812
Fort Lauderdale, FL 33329

American Express
Acct No xxxx-xxxxxx-x2381
PO Box 981537
El Paso, TX 79998

American Medical Response - Nevada
Acct No xxxxx4020
P.O. Box 3429
Modesto, CA 95353

AMO Recoveries
Acct No x-xxx-xx1-549
3120 McDougall Avenue, Ste. 100
Everett, WA 98201

AT&T
Acct No 835645097
P.O. Box 6463
Carol Stream, IL 60197

Bank of America
Acct No NC HELOC xxxx-xxxx-xx6699
P.O. Box 30610
Los Angeles, CA 90030-0610

Bank of America
Acct No xxxx-xxxx-xxxx-6479
P. O. Box 17309
Baltimore, MD 21297-1309

Bank of America
Acct No xxxx-xxxx-xxxx-3416
P. O. Box 15726
Wilmington, DE 19886-5726

Bank Of America
Acct No xxxx-xxxx-xxxx-6695
PO Box 15184
Wilmington, DE 19850-5184

Bank of America
Acct No xxxx-xxxx-xxxx-0754
P. O. Box 15026
Wilmington, DE 19850-5026

Bay Area Credit Service, LLC
Acct No xxxxx4020
1901 W. 10th Street
Antioch, CA 94509

Bright Lights
Acct No Unknown
112 Continental Ave
Henderson, NV 89015

Capital Management Services
Acct No xxxx-xxxx-xxxx-4631
726 Exchange Street, Suite 700
Buffalo, NY 14210

CareCredit/GEMB
Acct No xxxx-xxxx-xxxx-9081
P.O. Box 960061
Orlando, FL 32896

```
CBCS
Acct No xxxxx4639
P.O. Box 69
Columbus, OH 43216

Chase
Acct No xxxx-xxxx-xxxx-7361
P.O. Box 36520
Louisville, KY 40233

Chase
Acct No xxxx-xxxx-xxxx-6843
P. O. Box 15298
Wilmington, DE 19850-5298

Chrysler Financial
Acct No xxxxxx4181
P. O. Box 9001921
Louisville, KY 40290-1921

Citi
Acct No xxxxxxxxxxxx-72
P.O. Box 45129
Jacksonville, FL 32232

Clark County Assessor
Acct No xxx-xx-xx3-006
500 S. Grand Central Parkway, 2nd Floor
Las Vegas, NV 89155

Collect America Commercial Services, Inc
Acct No xxx8460
16011 College Blvd., Ste 101
Lenexa, KS 66219

Cox Communications
Acct No xxx-xxxx-xxxxx1101
P. O. Box 3901
Las Vegas, NV 89127-3901

Creditors Interchange
Acct No xxxx-xxxx-xxxx-6695
Ref. No. 13539814 NMC
Buffalo, NY 14225

Discover Card
Acct No xxxx-xxxx-xxxx-4631
P. O. Box 30395
Salt Lake City, UT 84130-0395

e-bay, Inc.
Acct No xxx8460
P.O. Box 2179
Carol Stream, IL 60132
```

Encore Receivable Management
Acct No xxxx-xxxx-xxxx-9081
P. O. Box 3330
400 North Rogers Road
Olathe, KS 66063-3330

Federal Express
Acct No xxxx-x424-0
P.O. Box 7221
Pasadena, CA 91109-7321

Gatski Commercial Real Estate Services
Acct No Unknown
4755 Dean Martin Dr
Las Vegas, NV 89103

GC Services
Acct No xxxx-xxxxx0-51009
P. O. Box 39050
Phoenix, AZ 85069

GC Services
Acct No xxxxxxxxxxxxxx5529
P.O. Box 3346
Houston, TX 77253

GEMB
Acct No xxxx-xxxx-xxxx-9081
P. O. Box 981127
El Paso, TX 79998

GEMB/Care Credit
Acct No xxxx-xxxx-xxxx-9073
P.O. Box 981127
El Paso, TX 79998

GEMB/Lennox-Service Experts
Acct No xxx-xxxx-xxxx-3644
P.O. Box 981439
El Paso, TX 79998

GMAC
Acct No xxx-xxxx-x5240
P. O. Box 78234
Phoenix, AZ 85062-8234

GMAC
Acct No xxx-xxxx-x5240
P. O. Box 380901
Minneapolis, MN 55438-0902

GMAC
Acct No xxx-xxxx-x5240
P. O. Box 380902
Minneapolis, MN 55438-0902

GMAC Payment Processing Center
Acct No xxx-xxxx-x5240
P.O. Box 78369
Phoenix, AZ 85062-8369

Greg Ballard
Acct No Unknown
Ballard Construction Co.
6210 Annie Oakley Drive, Ste. 102
Las Vegas, NV 89120

Helm & Associates
2810 W. Charleston Blvd., Ste. G-67
Las Vegas, NV 89102

High Point Bank & Trust Company
Acct No Unknown
300 N. Main Street
High Point, NC 27260

Home Depot Credit Services
Acct No xxxx-xxxx-xxxx-7923
P.O. Box 6028
The Lakes, NV 88901

Home Depot Credit Services
Acct No xxxx-xxxx-xxxx-7923
P. O. Box 689100
Des Moines, IA 50368-9100

Hutchens, Senter & Britton, PA
Acct No Unknown
P.O. Box 2505
Minneapolis, MN 55438-0901

I. C. System, Inc.
Acct No xxx8460
444 Highway 96 East
P. O. Box 64887
Saint Paul, MN 55164-0887

Innovative Merchant
Acct No xxxxxxxxxxxx6469
21215 Burbank Blvd., Ste 100
Woodland Hills, CA 91367

IRS
Acct No xxx-xx-9081 & xxx-xx-5622
CA 94201-0030

John Raines
Acct No Unknown
P.O. Box 2553
High Point, NC 27261

Jonathan Baktari, MD
Acct No Unknown
c/o Omni Group Development
338 Wiseton Avenue
Las Vegas, NV 89183

Joseph Perez, OD
Acct No Unknown
3829 Tinsley Drive
High Point, NC 27265

Karen Price Hulin
712 Hillcrest Drive
High Point, NC 27262

Liberty Fire Service
Acct No Unknown
1306 W. Craig Road, Ste. E-155
North Las Vegas, NV 89032

Lowe's
Acct No xxxxxxxxxxx5466
P.O. Box 530914
Atlanta, GA 30353

Macy's
Acct No xx-xxx-xxx-321-0
P.O. Box 689194
Des Moines, IA 50368

Mann Bracken LLP
Acct No xxxx-xxxxx9-92005
2325 Clayton Road
Concord, CA 94520

Massage Envy
Acct No Unknown
711 Marks Street
Henderson, NV 89015

Mervyns
Acct No xxxx xxx5 834
PO Box 981064
El Paso, TX 79998

Nathan Terry
1059 Garnet Ridge Court
Las Vegas, NV 89123

NCO Financial
Acct No xxxxxxxxxx1737
507 Prudential Road
Horsham, PA 19044

Nevada Construction Services
Acct No Unknown
2500 North Buffalo, Suite 140
Las Vegas, NV 89128

North Shore Agency
Acct No xxxx-x424-0
270 Spagnoli Road
Melville, NY 11747

Pacific Design Concepts
3005 Horizon Ridge Parkway, Ste. 200
Henderson, NV 89052

Paul Coscarelli
Acct No Unknown
736 Piney Ridge Way
Monument, CO 80132

PayPal, Inc.
Acct No xxxxxxxxxxxxxxx5529
11128 John Galt Blvd.
Omaha, NE 68137

Protection One
Acct No xxxx0482
P.O. Box 5714
Carol Stream, IL 60197-5714

Protection One Alarm Monitoring, Inc.
Acct No xxxx0482
Attn: Bankruptcy Department
PO Box 49292
Wichita, KS 67202

Sam's Club Merchant Credit Card Process.
Acct No xxxxxxxx1881
P.O. Box 6600
Hagerstown, MD 21741-6600

Sears Gold
Acct No xxxx-xxxx-xxxx-0166
P.O. Box 6275
Sioux Falls, SD 57117

Sementhia "Cindy" Mackie
Acct No Unknown
5519 Westerborn Drive
Greensboro, NC 27407

Service Max
Acct No Unknown
3291 E Patrick Ln
Las Vegas, NV 89120

Shadow Emergency Physicians
Acct No VSDxxxxx4639
P. O. Box 13917
Philadelphia, PA 19101

Sign-A-Rama
3460 E. Sunset Road, Ste. R
Las Vegas, NV 89120

Spring Valley Hospital Medical Center
Acct No xxxxx4639
8801 W. Sahara Avenue, 1st Floor
Las Vegas, NV 89117

Stout Electric
Acct No Unknown
6440 Schrills Street
Las Vegas, NV 89118

Target
Acct No x-xxx-xx1-549
P.O. Box 573
Minneapolis, MN 55440

THD/CBSD
Acct No xxxx-xxxx-xxxx-7923
P.O. Box 6497
Sioux Falls, SD 57117

Thompson Drywall
Acct No Unknown
5670 N. Park Street
Las Vegas, NV 89149

Tia Crouch / Allen Tate Realtors
Acct No Unknown
717 Green Valley Road
Greensboro, NC 27408

UPS
Acct No xxF5R1
P.O. Box 650580
Dallas, TX 75265-0580

Vegas Valley Fire Service
Acct No Unknown
5740 S. Arville Street, Ste. 203
Las Vegas, NV 89118

Verry Best Sign Company
Acct No Unknown
4460 W. Hacienda Ave., Ste. 108
Las Vegas, NV 89118

```
Wells Fargo Home Mortgage
Acct No xxx2374
P.O. Box 6417
Carol Stream, IL 60197

Windmill Partners
Acct No Unknown
4755 Dean Martin Drive
Las Vegas, NV 89103
```

B22A (Official Form 22A) (Chapter 7) (12/08)

| | |
|---|---|
| In re | **James A. Hulin** |
| | **Michelle M. Hulin** |
| | Debtor(s) |
| Case Number: | **09-23231** |
| | (If known) |

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

■ **The presumption arises.**

☐ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# AMENDED
## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>    OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                                     2

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 0.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 9,655.71</td><td>$ 9,655.71</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 7,478.77</td><td>$ 7,478.77</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ 2,176.94 | $ 2,176.94 |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ 0.00 | $ 0.00 |
| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ 0.00</td><td>Spouse $ 0.00</td></tr></table> | $ 0.00 | $ 0.00 |
| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>**Real Estate Property**</td><td>$ 2,000.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td></td><td>$</td><td>$</td></tr></table><br>Total and enter on Line 10 | $ 2,000.00 | $ 0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ 4,176.94 | $ 2,176.94 |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                                    3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | 6,353.88 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | | $ | 76,246.56 |
|---|---|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: **NV**  b. Enter debtor's household size: **3** | | $ | 65,783.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>■ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | | | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ | 6,353.88 |
|---|---|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | | |
| | a.                             $ | | | |
| | b.                             $ | | | |
| | c.                             $ | | | |
| | d.                             $ | | | |
| | Total and enter on Line 17 | | $ | 0.00 |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | | $ | 6,353.88 |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | $ | 1,152.00 |
|---|---|---|---|---|---|
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | | | |

| Household members under 65 years of age | | | Household members 65 years of age or older | | | | |
|---|---|---|---|---|---|---|---|
| a1. | Allowance per member | 60 | a2. | Allowance per member | 144 | | |
| b1. | Number of members | 3 | b2. | Number of members | 0 | | |
| c1. | Subtotal | 180.00 | c2. | Subtotal | 0.00 | $ | 180.00 |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | | $ | 419.00 |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                    4

| | |
|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | 1,253.00 |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | 2,432.21 |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ 0.00 |

| | |
|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: <br><br> $ 0.00 |

| | |
|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** <br> You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br><br> ☐ 0   ■ 1   ☐ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 211.00 |

| | |
|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 0.00 |

| | |
|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ☐ 2 or more. <br><br> Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | 0.00 |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | 0.00 |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 0.00 |

| | |
|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | 0.00 |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | 0.00 |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 0.00 |

| | |
|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ 283.00 |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                 5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | 0.00 |
|----|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | 60.00 |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | 350.00 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | 0.00 |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | 0.00 |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | 0.00 |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | 297.66 |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ | 2,952.66 |

<table>
<tr><td colspan="4" align="center">**Subpart B: Additional Living Expense Deductions**</td></tr>
<tr><td colspan="4" align="center">**Note: Do not include any expenses that you have listed in Lines 19-32**</td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
|----|---|---|---|
| | a. Health Insurance — $ 0.00 <br> b. Disability Insurance — $ 0.00 <br> c. Health Savings Account — $ 0.00 | $ | 0.00 |
| | Total and enter on Line 34. <br><br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br><br> $_____ | | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | 0.00 |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | 0.00 |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | 0.00 |

B22A (Official Form 22A) (Chapter 7) (12/08) 6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ 0.00 |
|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ 0.00 |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ 0.00 |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | **America's Servicing Company** | **Real property Location: 7561 Cougar Creek Circle, Las Vegas NV** | $ 1,882.21 | ☐yes ■no |
| b. | **Bank of America** | **Real property Location: 7561 Cougar Creek Circle, Las Vegas NV** | $ 550.00 | ☐yes ■no |
| | | | Total: Add Lines | $ 2,432.21 |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | -NONE- | | $ |
| | | | Total: Add Lines | $ 0.00 |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ 96.67 |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| 45 | a. | Projected average monthly Chapter 13 plan payment. | $ 0.00 | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x 10.00 | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ 0.00 |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ 2,528.88 |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ 5,481.54 |
|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ 6,353.88 |
|---|---|---|
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ 5,481.54 |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ 872.34 |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                            7

| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ **52,340.40** |
|----|----|----|

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>■ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |
|----|----|

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|----|----|----|

| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
|----|----|----|

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|----|----|

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|----|----|

| | Expense Description | Monthly Amount |
|----|----|----|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  **September  2, 2009**          Signature:  **/s/ James A. Hulin**<br>                                                                        **James A. Hulin**<br>                                                                             *(Debtor)*<br><br>Date:  **September  2, 2009**          Signature  **/s/ Michelle M. Hulin**<br>                                                                        **Michelle M. Hulin**<br>                                                                        *(Joint Debtor, if any)* |
|----|----|